IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| DISCLOSURE OF 9427 HENSLEY ROAD | ) | Case No. 1:19-SW-1201 |
| MANASSAS, VIRGNIA 20112 | ) | |

F I L E D
OCT 24 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## UNITED STATES' MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS

The United States, by and through undersigned counsel, asks this Honorable Court for entry of an order unsealing the warrant to search the above-captioned property, as well as the application for the warrant, the affidavit in support thereof, and any other documents filed in connection with this matter. Public disclosure of the documents filed under seal will no longer jeopardize a pending criminal investigation. A proposed order is submitted herewith for the convenience of the Court.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Karolina Klyuchnikova
Special Assistant United States Attorney (LT)